THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In the Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Bryant Johnson, Appellant.
 
 
 

Appeal From Orangeburg County
Lee S. Alford,
 Circuit Court Judge
Unpublished Opinion No. 2007-UP-420
Submitted October 1, 2007  Filed October 8, 2007

APPEAL DISMISSED

 
 
 
 Appellate
 Defender Eleanor Duffy Cleary, South Carolina Commission on Indigent Defense,  of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office
 of the Attorney General, of Columbia; and Solicitor David M. Pascoe, Jr., of Summerville,
 for Respondent.
 
 
 

PER
 CURIAM:  Bryant Johnson appeals his guilty pleas for two counts
 of financial transaction card fraud over $500.00, one count of financial
 transaction card fraud less than $500.00, and one count of financial card
 theft.  He asserts his guilty plea failed to conform to the mandates set forth
 in Boykin v. Alabama, 395 U.S. 238 (1969).  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Johnsons appeal and grant counsels motion to be relieved. 
 
APPEAL
 DISMISSED.
HEARN, C.J.,
 HUFF and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.